# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC LANG

NO. 2026 KW 0372

**MARCH 17, 2026**

---

In Re:   Cedric Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-06052.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **STAY DENIED. WRIT DENIED.**

                    PMc
                    HG
                    TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT